# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID GEE,**

    **Plaintiff,**

**v.**                                         **Case No:  6:19-cv-936-Orl-31GJK**

**SEAN MCDEVITT,**

    **Defendant.**

## ORDER

This cause comes before the Court on the Renewed Motion for Summary Judgment (Doc. 54), filed May 15, 2020.

On July 10, 2020, the United States Magistrate Judge issued a report (Doc. 61), which was amended on August 11, 2020 (Doc. 65). The amended report recommends that the motion be granted. No objections to the amended report have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation, as amended, is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Plaintiff's Renewed Motion for Summary Judgement (Doc. 54) is **GRANTED**.

3. The Clerk is directed to enter final judgment in favor of Plaintiff and against Defendant in the amount of $1,224,932.31.

4. Plaintiff shall defend and indemnify Defendant and Sensei, LLC, in any action brought by any third party relating to the loan documents as defined in the motion (Doc. 54).

5.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 8, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party